# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARAH CORREA CARDENAS,

    Plaintiff,

v.                                   Case No. 6:23-cv-758-JA-RMN

TAINOS ENTERPRISES INC.
and NICOLAS FUSTE,

    Defendants.
_____

## ORDER

This case is before the Court on the Renewed Motion for Approval of FLSA Settlement (Doc. 31) filed by the parties. The assigned United States Magistrate Judge has submitted a Report (Doc. 32) recommending that the motion be granted and that the case be dismissed with prejudice. No party has filed an objection to the Report, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.     The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.     The Renewed Motion for Approval of FLSA Settlement (Doc. 31) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on November 14ᵗʰ, 2023.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record